UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

J<small>EANNIE</small> D<small>ORSEY</small> as Personal
Representative of the
estate of W<small>ILLARD</small> B<small>LISS</small>, et al.,

    Plaintiff,                               Hon. Phillip J. Green

                                                 Case No. 1:23-cv-1217

v.

J<small>ACOB</small> Z<small>AJAC</small>, et al.                     **<u>JUDGMENT</u>**

    Defendants.
_____/

For the reasons set forth in the accompanying Opinion and Order,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 36) is **GRANTED** with respect to the federal claims and the remainder of the motion is **DISMISSED** as **moot**.

**IT IS FURTHER ORDERED** that Plaintiffs' federal claims are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' state law claims are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Exhibits in the Traditional Manner (ECF No. 37) is **DENIED**.

Dated: <u>September 25, 2025</u>             <u>/s/ Phillip G. Green</u>
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge